IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARTY LEE ROBINSON                                                                           PLAINTIFF

VS.                                      3:05CV00122-WRW

G. DAVID GUNTHARP, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. No. 16) from United States Magistrate Judge H. David Young.  No objections have been filed and the time for doing so has passed.  After careful review of the findings and recommendations, as well as a *de novo* review of the record, I conclude that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that Defendants' Motion to Dismiss is DENIED (Doc. No. 14).

IT IS SO ORDERED this 23rd day of August, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE