# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARTY LEE ROBINSON**                                                                       **PLAINTIFF**

**VS.**                                              **3:05CV00122-WRW**

**G. DAVID GUNTHARP, et al.**                                                              **DEFENDANTS**

## ORDER

Yesterday, I incorrectly stated that Defendants had not filed objections to the proposed findings and recommendations. However, objections were filed on August 18, 2005.

In light of these objections, the August 23, 2005 Order (Doc. No. 22) is VACATED. Accordingly this case is referred back to the magistrate judge for additional findings which consider Defendants' objections and attached documents.

IT IS SO ORDERED this 24th day of August, 2005.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE